CANTOR Fitzgerald

Sid Nadkarni, Esq.
110 East 59th Street, 7th Floor
New York, New York 10022
T: (212) 294-7904
Email: sid.nadkarni@cantor.com

July 21, 2026

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

**Re:** ***Innucci v. Lincoln Life & Annuity Company of New York and Cantor Fitzgerald, L.P.*****, Case No. 1:26-cv-03871-KPF (S.D.N.Y.)–Letter-Motion Requesting Extension of Time to Respond to Complaint**

Dear Judge Failla:

Defendant Cantor Fitzgerald, L.P. ("CFLP," or "Defendant") respectfully submits this letter-motion requesting a 30-day extension until August 21, 2026 to respond to the Complaint filed by Plaintiff Nunzio Innucci ("Plaintiff"). Defendant accepted service of the Summons and Complaint on July 1, 2026, and absent an extension, Defendant's response is due on July 22, 2026.

Counsel for Plaintiff has confirmed that Plaintiff consents to the extension.

This is CFLP's first request for an extension of time. CFLP requires this 30-day extension in order to procure outside counsel to represent CFLP in this matter and to investigate the factual and legal basis for the allegations in the Complaint and determine the appropriate legal response. There are currently no scheduled appearances before the Court, nor has any scheduling order been entered in this matter.

Thank you for your attention to this matter.

Sincerely,

*/s/ Siddharth Nadkarni*

Siddharth (Sid) Nadkarni
*Assistant General Counsel for Defendant*
*Cantor Fitzgerald, L.P. and all affiliates*

CC: All counsel of record (via ECF)

Application GRANTED.

The deadline for Defendant to respond to Plaintiff's Complaint is hereby ADJOURNED to **August 21, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated: July 22, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE