CANTOR Fitzgerald

Sid Nadkarni, Esq.
110 East 59th Street, 7th Floor
New York, New York 10022
T: (212) 294-7904
Email: sid.nadkarni@cantor.com

August 19, 2026

**VIA ECF**

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re: *Innucci v. Lincoln Life & Annuity Company of New York and Cantor Fitzgerald, L.P.*, Case No. 1:26-cv-03871-KPF (S.D.N.Y.)–Letter-Motion Requesting Second Extension of Time to Respond to Complaint**

Dear Judge Failla:

Defendant Cantor Fitzgerald, L.P. ("CFLP," or "Defendant") respectfully submits this letter-motion requesting a one-week extension until August 28, 2026 to respond to the Complaint filed by Plaintiff Nunzio Innucci ("Plaintiff").

This is CFLP's second request for an extension of time to respond to the Complaint. CFLP previously requested a 30-day extension of the deadline to respond from the original deadline of July 22, 2026. The Court granted this request, making the current deadline August 21, 2026.

Counsel for Plaintiff has confirmed that Plaintiff consents to the extension.

CFLP requires this one-week extension because CFLP was unable to finalize its retention of outside counsel until the beginning of this week, and counsel requires slightly more time to complete its initial investigation and prepare a response to the Complaint. There are currently no scheduled appearances before the Court, nor has any scheduling order been entered in this matter.

Thank you for your attention to this matter.

Sincerely,

*/s/ Siddharth Nadkarni*

Siddharth (Sid) Nadkarni
*Assistant General Counsel for Defendant*
*Cantor Fitzgerald, L.P. and all affiliates*

CC: All counsel of record (via ECF)

Application GRANTED.

The deadline for Defendant to respond to Plaintiff's Complaint is hereby ADJOURNED to **August 28, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated: August 20, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE